**Dale E. BRUM, individually, and on behalf of all persons similarly situated; Plaintiff–Appellant,**

**Timothy A. Fittro, Intervenor/Plaintiff–Appellant,**

**and**

**James Fought; Larry B. Sutphin, Jr.; Brian L. Weaver; Michael P. Leggett; Randall T. Renaldo; Duane E. Anderson; Bernard R. Barley, Jr.; Patrick V. Palattella; Jimmy Martin; Leland Robert Tanner, Intervenors/Plaintiffs,**

**v.**

**State of WEST VIRGINIA, Defendant–Appellee.**

**No. 05–2143.**

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 18, 2006.

Dale E. Brum, Timothy A. Fittro, Appellants Pro Se. Charlene Ann Vaughan, Deputy Attorney General, John C. Krivonyak, William P. Jones, Office of the Attorney General of West Virginia, Charleston, West Virginia.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dale E. Brum and Timothy A. Fittro appeal the district court's order dismissing Brum's civil action challenging West Virginia's domestic relations law and policy regarding child custody and child support. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brum v. West Virginia*, No. CA–04–1014–6 (S.D.W.Va. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*